UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD UNDERWRITERS
INSURANCE COMPANY,

    Plaintiff,

  v.

LUSH, INC.,

    Defendant.

No. C 20-6234

**ORDER TO SHOW CAUSE**

At the initial case management conference on December 17, 2020, the Court set a deadline for plaintiff's counsel to make a motion for default judgment, stating that if such motion was not filed, the case would be dismissed for want of prosecution. No such motion having been filed, plaintiff must now show good cause for why the case should not be dismissed. Counsel may file a declaration by January 29, 2021 showing good cause. A hearing will be held on February 4, 2021. Notice of a non-final and unexecuted settlement agreement is not sufficient cause, given that many such deals fall through.

**IT IS SO ORDERED.**

Dated: January 15, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE